Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

Case Number: **20MJ9522**

The person charged as **GUSTAVO ANGEL ESPARZA** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the **CENTRAL** District of **CALIFORNIA (LOS ANGLES )** with **VIOLATION OF SUPERVISED RELEASE**, in violation of **Title 18, United States Code, 3583(E)(3)**.

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 7/29/20

_(signature)_ **Frank Aceves**
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: 7/30/20

_(signature)_
Assistant United States Attorney