UNITED STATES PROBATION OFFICE
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA Plaintiff(s) vs. GUSTAVO ANGEL ESPARZA Defendant(s) | CASE NUMBER: CR09-310-ODW WARRANT FOR ARREST |
|---|---|

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   GUSTAVO ANGEL ESPARZA

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Order of Court  ☒ Violation Petition  ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title  18   United States Code, Section(s)  3583(e)(3)

Terry Nafisi
NAME OF ISSUING OFFICER

Clerk of Court
TITLE OF ISSUING OFFICER

*Sheila English*
SIGNATURE OF DEPUTY CLERK

September 19, 2014   Los Angeles
DATE AND LOCATION OF ISSUANCE

BY: Otis D. Wright, II
NAME OF JUDICIAL OFFICER

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

DATE RECEIVED

DATE OF ARREST

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

NAME OF ARRESTING OFFICER

TITLE

SIGNATURE OF ARRESTING OFFICER

**WARRANT FOR ARREST**

CR-12 (07/04)   PAGE 1 of 2

PROB 12
(Rev. 11/04)

```
FILED
CLERK, U.S. DISTRICT COURT
9/19/14
CENTRAL DISTRICT OF CALIFORNIA
BY:    SE    DEPUTY
```

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. GUSTAVO ANGEL ESPARZA                    Docket No. CR09-00310-ODW

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of GUSTAVO ANGEL ESPARZA who was placed on supervision by the Honorable OTIS D. WRIGHT, II sitting in the Court at Los Angeles, California, on the 19th day of July, 2010 who fixed the period of supervision at three months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** the petition dated July 17, 2013 amended to include additional allegations and issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Gustavo Angel Esparza before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this 19 th day of September 20 14 and ordered filed and made a part of the records in the above case.

_/s/ Otis D. Wright_

United States District Judge
OTIS D. WRIGHT, II

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on September 10, 2014     /S/

KRISTIE RZONCA
U. S. Probation Officer

Place: Los Angeles, California

U.S.A. VS. GUSTAVO ANGEL ESPARZA
DOCKET NO. CR09-00310-ODW

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

5. Having been ordered by the court not to commit another federal, state or local crime, on July 26, 2014, Gustavo Angel Esparza was arrested and detained by Los Angeles Police Department, Northeast Division, for attempted rape in violation of Section 261(A)(2) of the California Penal Code after being positively identified by the victim. Charges were subsequently filed in the Superior Court of California, County of Los Angeles, Case Number BA4276I501;

6. Having been ordered by the Court to reside/participate in a residential reentry center/program for a period not to exceed 180 days days, on July 19, 2014, Gustavo Angel Esparza absconded from the Vinewood RRC and failed to complete the program as instructed.